1

2  UNITED STATES DISTRICT COURT

3  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4  OAKLAND DIVISION

5

| 6 | LAWRENCE G. FLEMING, | Case No: C 07-4939 SBA |
|---|---|---|
| 7 | Petitioner, | 2255 MOT. – See CR 05-00011 SBA |
| 8 | vs. | **ORDER SETTING BRIEFING SCHEDULE** |
| 9 | UNITED STATES OF AMERICA, | |
| 10 | Respondent. | |

11

12  Petitioner Lawrence G. Fleming pleaded guilty to conspiracy, 18 U.S.C. § 371, assaulting
13  an employee of the United States, 18 U.S.C. § 111(a)-(b), conspiracy to use, carry, possess,
14  brandish and discharge a firearm during and in relation to a crime of violence, 18 U.S.C. § 924(n),
15  and using and carrying a firearm in connection with a crime of violence and aiding and abetting, 18
16  U.S.C. §§ 924(c)(1)(a)(iii) and 2.  On October 4, 2006, the Honorable Martin J. Jenkins, the judge
17  previously assigned to this case, signed a Judgment committing Petitioner to the Bureau of Prisons
18  for a total term of ninety-six months.  (Docket 242.)  Petitioner subsequently filed a motion to
19  vacate, set aside or correct sentence under 28 U.S.C. § 2255.  Accordingly,
20  IT IS HEREBY ORDERED THAT the United States shall file and serve an opposition to
21  Petitioner's 2255 motion within 45 days the date this Order is filed.   If Petitioner desires to submit
22  a reply brief, he shall do so by no later than 21 days after the United States files it opposition.
23  The matter will be deemed submitted on the date the Reply is due.
24  IT IS SO ORDERED.
25  Dated:  March 22, 2010

    _____
    SAUNDRA BROWN ARMSTRONG
26  United States District Judge

27

28  UNITED STATES DISTRICT COURT

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FLEMING et al,

      Plaintiff,

 v.

UNITED STATES OF AMERICA et al,

      Defendant.
_____/

Case Number: CV07-04939 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence G. Fleming Prisoner ID 97587-01
Federal Correctional Institution
P.O. Box 26040
Beaumont, TX 77720

Dated: March 22, 2010

    Richard W. Wieking, Clerk
                                  By:
    LISA R CLARK, Deputy Clerk