UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE G. FLEMING,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No: C 07-4939 SBA<br><br>2255 MOT. – See CR 05-00011 SBA<br><br>**ORDER GRANTING RESPONDENT'S MOTION TO UNSEAL**<br><br>Docket 322 |

Petitioner Lawrence G. Fleming has filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, to which the Court has ordered the Government to file a response. The Government has now filed a motion to unseal Petitioner's plea agreement which it plans to utilize in connection with its response to the 2255 motion. The plea agreement was originally sealed due to Petitioner's role as a cooperating defendant. Since the case is now closed, there no longer is any reason for the plea agreement to remain under seal. In addition, the Court has received no opposition from Petitioner to the unsealing of his plea agreement. Accordingly,

IT IS HEREBY ORDERED THAT the Government's motion to unseal the plea agreement (Docket 322) is GRANTED. In light of this order, the Government shall have until **July 9, 2010** to file its response to the 2255 motion. Petitioner shall have until **August 6, 2010** to file his reply brief. The matter will be deemed submitted on the date the Reply is due.

IT IS SO ORDERED.

Dated: June 10, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\lc2\kei..\2255

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FLEMING et al,

        Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

        Defendant.
                                              /

Case Number: CV07-04939 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence G. Fleming Prisoner ID 97587-01
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90731

Dated: June 11, 2010

                                      Richard W. Wieking, Clerk
                                                                                  By:
                                                LISA R CLARK, Deputy Clerk